UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| EDGARDO G BONET and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) | **14-CV-23217-Williams/Simonton** |
| Plaintiff, | ) | |
| vs. | ) ) | |
| NOW COURIER INC. ALEXANDER MOLA, | ) ) ) | |
| Defendants. | ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
NOW COURIER INC.
Registered Agent: NOFIL Investments, Inc.
5379 Lyons Road PMB 304
Coconut Creek, FL 33073

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **September 2, 2014**



**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| EDGARDO G BONET and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) | **14-CV-23217-Williams/Simonton** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| NOW COURIER INC. ALEXANDER MOLA, | ) ) ) | |
| Defendants. | ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
ALEXANDER MOLA
6501 NW 36 Street
Virginia Gardens, Florida 33166

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: **September 2, 2014**

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

SUMMONS