U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-23217-WILLIAMS / SIMONTON

EDGARDO G BONET and all others
Similarly situated under 29 U.S.C. 216(b).

      Plaintiff,

vs.

NOW COURIER, INC.
ALEXANDER MOLA

      Defendants,

---

**DEFENDANT'S RESPONSE TO
SUMMONS IN A CIVIL ACTION**

TO ANY AND ALL PARTIES CONCERNED:

     I, Alexander Mola am the president and sole shareholder of Now Courier, Inc., and this is my response to the above referenced lawsuit:

1)   The plaintiff, EDGARDO G BONET, is incorrectly claiming himself to be an "employee" of Now Courier, Inc. The plaintiff has never been an employee of Now Courier, Inc. He was previously an "independent contractor" whom Now Courier would contract with.

2)   On April 12, 2012, the plaintiff signed an "Independent Contractor & Non-Compete Agreement" acknowledging his status as an independent contractor.  A copy of this agreement is attached as Exhibit A.

3)   Plaintiff first contacted Now Courier through listings that Now Courier placed on Craigslist.org., under the heading "transportation jobs."  Copies of such postings are attached as Exhibits B.  These postings state that the driver must have their own delivery vehicle and insurance. These postings state that compensation will be 65-70% of the total delivery fee.  Compensation is never based on any factor other than a percentage of the fee the customer is paying for the delivery service, and Now Courier does not reimburse the driver for expenses.

4)   Paragraph 11 states "defendants regularly employed two of more employees…"  This is not an accurate statement.  All persons who perform services and are paid by Now Courier are independent contractors who have signed an agreement such as the one in Exhibit 1 and are working under the terms described in the postings displayed in Exhibits B.

5)   Paragraphs 12 and 13 claim that Now Courier, Inc., has had gross sales in excess of $500,000 for the years 2011,

2012, and 2013, and expects to exceed $500,000 in gross sales in 2014. These numbers are all incorrect. Now Courier, Inc., has never had gross annual sales over $500,000 and does not expect to have that much in 2014.

6)   In Paragraphs 14, 15, and 19 the plaintiff claims to have worked "an average of 65 hours per week." We dispute this figure. Now Courier does not track the number of hours it takes for independent contractors to complete their deliveries because the independent contractors' compensation is not based on the time it takes to complete deliveries.

7)   In Paragraph 19 the plaintiff claims he was paid $5.00 per hour. As stated previously the plaintiff's compensation was determined as a percentage of the total fee that the customer was paying and was not determined by the time involved in making the deliver.

Additionally, this figure is completely inconsistent with the plaintiff's claim that he was working 65 hours per week.

As Exhibit C, we have attached a list of checks that Now Courier paid to Edgardo Bonet from 7/4/13 until 8/22/13, this is a 58 week period. The checks total $30,836.27, which means that the plaintiff's average compensation was

$531.66 per week.  If the plaintiff was being paid only $5.00 per hour he would have had to work and average of 106.3 hours per week to attain this figure.

8)   In Paragraph 15, the plaintiff appears to be claiming that Now Courier is responsible for reimbursing the defendant for gas and insurance expenses.  The plaintiff performed all deliveries for which Now Courier contracted him using his own vehicle, as required by the postings listed in Exhibits B.  The plaintiff was responsible for insuring his vehicle as required by the postings listed in Exhibits B.  The plaintiff was verbally told that he is responsible for the cost of all expenses associated with his vehicle including gasoline.  Now Courier has never made any offer, either written or verbal to reimburse the plaintiff for any expenses associated with the operation of the plaintiff's vehicle.

9)   In Paragraph 14, the plaintiff claims that for a period of time he was paid $11.53 per hour.  We again reiterate that at all times the plaintiff's compensation was determined as a percentage of the total fee that the customer was paying and was not determined by the time involved in making the deliver.  At no time did Now Courier ever define his compensation in terms of an "hourly rate."

If the plaintiff's compensation did amount to $11.53 per hour during this time period, then the plaintiff is contradicting Paragraphs 6, 17, 19, 20 and 21 in which he claims he was paid less than minimum wage.

10)  In Paragraph 10, the plaintiff claims that "materials supplied to him by the Defendant to use on the job moved through interstate commerce…"  We disagree with this statement.  The plaintiff was never supplied with any materials to "use" in completing his deliveries.  He was only supplied with items to deliver.

Respectfully submitted,

_____          9-29-14
Alexander Mola                            _____
Defendant's Signature                     Date

_____          9-29-14
Alexander Mola, President of Now Courier, Inc.   _____
Defendant's Signature                     Date

Alexander Mola
Now Courier, Inc.
P. O. Box 720634
Miami, FL  33172
(786) 367-0753

<u>Certificate of Service</u>

**I hereby certify** that a true and correct copy of the foregoing was services by certified mail on September 29, 2014 on all counsel or parties of record on the Service List below.

_____
Alexander Mola
Signature of Filer

**SERVICE LIST**

Copy furnished to:

J.H. ZIDELL, Esq.
J. H. Zidell, P.A.
Attorney for the Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida  33141
Tel: (305) 865-6766
Fax: (305)865-7167
Email: ZABOGADO@AOL.COM

# INDEPENDENT CONTRACTOR
# &
# NON-COMPETE AGREEMENT

This Independent Contractor & Non-Compete Agreements (the "Agreements") are made and effective this
_____ O G _____, day of _____ APRIL _____, 2012

**BETWEEN:** **NOW COURIER, INC.** ("**Now Courier**"), a corporation organized and existing under the laws of the State of Florida, with its head office located at:

**PO Box 720634**
**Miami, Florida 33172**

**AND:** (the "**Contractor and or Independent Contractor**"), a corporation organized or individual existing under the laws of the State of Florida, with its head office located at:

*Edyards Baron   1475 W 46 st   Apt# 430*
*Hialeah  Fl  33012*

Now Courier desires to hire Contractor under Independent Contractor status and as such will remit contracted amounts without regard to Federal or State tax withholding, unemployment tax or social security remittances. *Independent contractors are expected to facilitate their compliance with Federal and State tax law, pursuant to Code Section 3401 of the Internal Revenue Code and Act Section 530 of the Revenue Act of 1978.*

The Contractor agrees that during contracted period and upon expiration or termination of agreement for 2 years immediately following the expiration or termination of the agreement for any reason, whether with or without good cause or for any or no cause, at the option of either party, with or without notice, the Independent Contractor will not, either directly or indirectly, interfere with Now Courier's contracts and relationships, or prospective contracts and relationships, including, but not limited to, Now Courier's customer or client contracts and relationships.

Damages Due to Breach. The Independent Contractor agrees that it would be impossible or inadequate to measure and calculate Now Courier's damages from any breach of the covenants set forth, herein. Accordingly, Contractor agrees that if he or she breaches any such section, Now Courier will have available, in addition to any other right or remedy available, the right to obtain an injunction from a court of competent jurisdiction restraining such breach or threatened breach and to specific performance of any such provision of this Agreement.

Bond Waiver and Consent. No bond or other security shall be required in obtaining such equitable relief, and the Independent Contractor hereby consents to the issuance of such injunction and to the ordering of specific performance.

Entire Agreement. The Agreement set forth between the parties relating to the subject matter herein supersedes any and all prior discussions, agreements, or contracts, whether written or oral. No modification of, or amendment to, this Agreement, nor any waiver of any rights under this Agreement, will be effective unless in writing signed by the party to be charged. Any subsequent change or changes in the Independent Contractor's scope of work or compensation will not affect the validity or scope of this Agreement.

Signed this _____ O G _____ day of _____ APRIL _____, 2011

_____
Now Courier, Inc.

_____
Independent Contractor

*EXHIBIT ④*

**south florida craigslist** > miami / dade > manage posting

[ logged in as btmanforever@gmail.com ] [ logout ]

This posting has expired from craigslist. [?]

[ Repost this Posting ]  You will have the opportunity to make changes before it is made live. [learn more]

CL  south florida > miami / dade > jobs > transportation jobs                [ account ]  post

[ reply ]  Posted  2 years ago

## Driver w/cargo van & Box Truck (tri-county)

Logistic company needs english speaking driver with cargo van or box truck for on demand and route       compensation: 65-70
deliveries in tri-county area. Valid DL  and insurance.

- Principals only  Recruiters  please don't contact this job poster
- do NOT contact us with unsolicited services or offers

post id 3644523222    posted  2 years ago    updated  2 years ago    email to friend    ♥ best [ ]

EXHIBIT (B)
PAGE 1 of 2

09/28/14

south florida craigslist > miami / dade > manage posting

[ logged in as btmanforever@gmail.com ] [ logout ]

This posting has expired from craigslist. [?]

Repost this Posting    You will have the opportunity to make changes before it is made live. [learn more]

CL  south florida > miami / dade > jobs > transportation jobs

[ account ]  post

reply    Posted a year ago

## Driver w/cargo van & Box Truck (tri-county)

Logistic company needs english speaking driver with cargo van or box truck for on demand and route
deliveries in tri-county area. Valid DL. and insurance

compensation: 65-70

- Principals only. Recruiters, please don't contact this job poster
- do NOT contact us with unsolicited services or offers

post id: 3849672298     posted: a year ago    updated: a year ago     email to friend    ♥ best of [?]

*EXHIBIT (B)*

*PAGE 2 of 2*

09/28/14

https://post.craigslist.org/manage/3849672298

**Edgardo Bonet**

| Type | Date | Num | Name | Amount | Balance |
|------|------|-----|------|--------|---------|
| Check | 07/08/2013 | 5508 | Edgardo Bonet | 762.30 | 762.30 |
| Check | 07/10/2013 | 5527 | Edgardo Bonet | 602.00 | 1,364.30 |
| Check | 08/05/2013 | 5538 | Edgardo Bonet | 964.00 | 2,328.30 |
| Check | 08/05/2013 | 5546 | Edgardo Bonet | 900.00 | 3,228.30 |
| Check | 09/03/2013 | 5554 | Edgardo Bonet | 1,108.80 | 4,337.10 |
| Check | 09/16/2013 | 5565 | Edgardo Bonet | 773.50 | 5,110.60 |
| Check | 09/30/2013 | 5582 | Edgardo Bonet | 1,088.50 | 6,199.10 |
| Check | 10/15/2013 | 5595 | Edgardo Bonet | 1,119.00 | 7,318.10 |
| Check | 10/28/2013 | 5612 | Edgardo Bonet | 997.50 | 8,315.60 |
| Check | 11/12/2013 | 5621 | Edgardo Bonet | 715.40 | 9,031.00 |
| Check | 11/25/2013 | 5631 | Edgardo Bonet | 1,201.90 | 10,232.90 |
| Check | 12/09/2013 | 5639 | Edgardo Bonet | 928.00 | 11,160.90 |
| Check | 12/23/2013 | 5655 | Edgardo Bonet | 1,402.10 | 12,563.00 |
| Check | 01/06/2014 | 5665 | Edgardo Bonet | 1,059.80 | 13,622.80 |
| Check | 01/21/2014 | 5676 | Edgardo Bonet | 700.00 | 14,322.80 |
| Check | 02/03/2014 | 5684 | Edgardo Bonet | 1,208.90 | 15,531.70 |
| Check | 02/18/2014 | 5698 | Edgardo Bonet | 1,329.20 | 16,860.90 |
| Check | 03/03/2014 | 5708 | Edgardo Bonet | 1,092.70 | 17,953.60 |
| Check | 03/17/2014 | 5723 | Edgardo Bonet | 1,062.80 | 19,016.40 |
| Check | 03/31/2014 | 5733 | Edgardo Bonet | 1,305.50 | 20,321.90 |
| Check | 04/14/2014 | 5746 | Edgardo Bonet | 1,183.00 | 21,504.90 |
| Check | 04/28/2014 | 5758 | Edgardo Bonet | 800.00 | 22,304.90 |
| Check | 05/12/2014 | 5774 | Edgardo Bonet | 1,417.50 | 23,722.40 |
| Check | 05/23/2014 | 5787 | Edgardo Bonet | 1,155.00 | 24,877.40 |
| Check | 06/09/2014 | 5801 | Edgardo Bonet | 927.32 | 25,804.72 |

Page 1

9:24 AM
09/23/14
Accrual Basis

# Now Courier, Inc.
## Transaction Detail By Account
### July 4, 2013 through August 22, 2014

| Type | Date | Num | Name | Amount | Balance |
|------|------|-----|------|--------|---------|
| Check | 06/23/2014 | 5819 | Edgardo Bonet | 1,107.00 | 26,911.72 |
| Check | 07/07/2014 | 5832 | Edgardo Bonet | 1,031.80 | 27,943.52 |
| Check | 07/21/2014 | 5849 | Edgardo Bonet | 896.70 | 28,840.22 |
| Check | 08/04/2014 | 5863 | Edgardo Bonet | 1,015.70 | 29,855.92 |
| Check | 08/18/2014 | 5872 | Edgardo Bonet | 980.35 | 30,836.27 |
| Total Edgardo Bonet | | | | 30,836.27 | 30,836.27 |

EXHIBIT