UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-23217-CIV-WILLIAMS

EDUARDO G BONET,

    Plaintiff,

vs.

NOW COURIER, INC., and
ALEXANDER MOLA,,

    Defendant.
_____/

### ORDER

**THIS MATTER** is before the Court upon Defendants Now Courier Inc. and Alexander Mola's Answer (DE 8). Defendant Alexander Mola is permitted to proceed *pro se*. However, the Answer was also filed on behalf of Defendant Now Courier, Inc., a corporation, and was prepared and signed by the corporation's president and sole shareholder, not an attorney admitted to practice in the Southern District of Florida. A corporation cannot appear *pro se* and may appear and be heard only through counsel admitted to practice before this Court. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Accordingly, it is hereby **ORDERED AND ADJUDGED** Defendant Now Courier, Inc., shall retain legal counsel and answer the Complaint by **October 31, 2014**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 30th day of September, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC:
Alexander Mola
Now Courier, Inc.
P.O. Box 720634
Miami, FL 33172