south florida craigslist > miami / dade > manage posting

logged in as bunanforever@gmail.com ] [ logout ]

This posting has expired from craigslist. [?]

[ Repost this Posting ] You will have the opportunity to make changes before it is made live. [learn more]

CL south florida > miami / dade > jobs > transportation jobs

[ account ] post

### Driver w/cargo van & Box Truck (tri-county)

Logistic company needs english speaking driver with cargo van or box truck for on demand and route deliveries in tri-county area. Valid DL and insurance.

compensation 65-70

* Principals only. Recruiters, please don't contact this job poster.
* do NOT contact us with unsolicited services or offers

post id: 3849672298   posted: a year ago   updated: a year ago

*Exhibit 1*

https://post.craigslist.org/manage/3849672298