# INDEPENDENT CONTRACTOR
# &
# NON-COMPETE AGREEMENT

---

This Independent Contractor & Non-Compete Agreements (the "Agreements") are made and effective this _____ day of __April__, 201_2_.

**BETWEEN:** **NOW COURIER, INC.** ("Now Courier"), a corporation organized and existing under the laws of the State of Florida, with its head office located at:

PO Box 720634
Miami, Florida 33172

**AND:** _____ (the "**Contractor and or Independent Contractor**"), a corporation organized or individual existing under the laws of the State of Florida, with its head office located at:

_____ _____ St Apt# ___

Hialeah, FL 33012

Now Courier desires to hire Contractor under Independent Contractor status and as such will remit contracted amounts without regard to Federal or State tax withholding, unemployment tax or social security remittances. *Independent contractors are expected to facilitate their compliance with Federal and State tax law, pursuant to Code Section 3401 of the Internal Revenue Code and Act Section 530 of the Revenue Act of 1978.*

The Contractor agrees that during contracted period and upon expiration or termination of agreement for 2 years immediately following the expiration or termination of the agreement for any reason, whether with or without good cause or for any or no cause, at the option of either party, with or without notice, the Independent Contractor will not, either directly or indirectly, interfere with Now Courier's contracts and relationships, or prospective contracts and relationships, including, but not limited to, Now Courier's customer or client contracts and relationships.

<u>Damages Due to Breach</u>. The Independent Contractor agrees that it would be impossible or inadequate to measure and calculate Now Courier's damages from any breach of the covenants set forth, herein. Accordingly, Contractor agrees that if he or she breaches any such section, Now Courier will have available, in addition to any other right or remedy available, the right to obtain an injunction from a court of competent jurisdiction restraining such breach or threatened breach and to specific performance of any such provision of this Agreement.

<u>Bond Waiver and Consent</u>. No bond or other security shall be required in obtaining such equitable relief, and the Independent Contractor hereby consents to the issuance of such injunction and to the ordering of specific performance.

<u>Entire Agreement</u>. The Agreement set forth between the parties relating to the subject matter herein supersedes any and all prior discussions, agreements, or contracts, whether written or oral. No modification of, or amendment to, this Agreement, nor any waiver of any rights under this Agreement, will be effective unless in writing signed by the party to be charged. Any subsequent change or changes in the Independent Contractor's scope of work or compensation will not affect the validity or scope of this Agreement

Signed this _____ day of _____, 2011.

_____    _____
Now Courier, Inc.                                              Independent Contractor

Exhibit 2