Exhibit 3
Payment Schedule

4:15 PM
10/27/14
Accrual Basis

# Now Courier, Inc.
## Transaction Detail By Account
### January 2012 through September 2014

| Type | Date | Num | Name | Amount | Balance |
|---|---|---|---|---:|---:|
| **Edgardo Bonet** | | | | | |
| Check | 04/03/2012 | 5069 | Edgardo Bonet | 960.80 | 960.80 |
| Check | 04/03/2012 | 5070 | Edgardo Bonet | 615.40 | 1,576.20 |
| Check | 05/14/2012 | 5098 | Edgardo Bonet | 800.00 | 2,376.20 |
| Check | 05/16/2012 | 5099 | Edgardo Bonet | 420.75 | 2,796.95 |
| Check | 05/29/2012 | 5114 | Edgardo Bonet | 1,524.95 | 4,321.90 |
| Check | 06/04/2012 | 5123 | Edgardo Bonet | 250.00 | 4,571.90 |
| Check | 06/10/2012 | 5130 | Edgardo Bonet | 1,205.90 | 5,777.80 |
| Check | 06/22/2012 | 5142 | Edgardo Bonet | 1,438.80 | 7,216.60 |
| Check | 07/06/2012 | 5153 | Edgardo Bonet | 1,707.60 | 8,924.20 |
| Check | 07/20/2012 | 5163 | Edgardo Bonet | 1,163.00 | 10,087.20 |
| Check | 08/03/2012 | 5179 | Edgardo Bonet | 1,460.20 | 11,547.40 |
| Check | 08/04/2012 | 5188 | Edgardo Bonet | 1,478.05 | 13,025.45 |
| Check | 08/31/2012 | 5205 | Edgardo Bonet | 1,711.25 | 14,736.70 |
| Check | 08/31/2012 | 5219 | Edgardo Bonet | 1,442.00 | 16,178.70 |
| Check | 09/28/2012 | 5228 | Edgardo Bonet | 1,664.25 | 17,842.95 |
| Check | 10/10/2012 | 5243 | Edgardo Bonet | 1,451.45 | 19,294.40 |
| Check | 10/10/2012 | 5254 | Edgardo Bonet | 400.00 | 19,694.40 |
| Check | 10/10/2012 | 5260 | Edgardo Bonet | 1,411.00 | 21,105.40 |
| Check | 11/03/2012 | 5271 | Edgardo Bonet | 1,461.25 | 22,566.65 |
| Check | 11/21/2012 | 5284 | Edgardo Bonet | 1,333.50 | 23,900.15 |
| Check | 12/03/2012 | 5298 | Edgardo Bonet | 1,025.50 | 24,925.65 |
| Check | 12/21/2012 | 5312 | Edgardo Bonet | 1,176.00 | 26,101.65 |
| Check | 12/28/2012 | 5323 | Edgardo Bonet | 763.35 | 26,865.00 |
| Check | 01/05/2013 | 5333 | Edgardo Bonet | 100.00 | 26,965.00 |
| Check | 01/18/2013 | 5340 | Edgardo Bonet | 819.50 | 27,784.50 |
| Check | 02/06/2013 | 5350 | Edgardo Bonet | 1,280.40 | 29,064.90 |
| Check | 02/06/2013 | 5357 | Edgardo Bonet | 140.00 | 29,204.90 |

4:15 PM
10/27/14
Accrual Basis

# Now Courier, Inc.
## Transaction Detail By Account
### January 2012 through September 2014

| Type | Date | Num | Name | Amount | Balance |
|---|---|---|---|---:|---:|
| Check | 02/06/2013 | 5362 | Edgardo Bonet | 920.00 | 30,124.90 |
| Check | 03/05/2013 | 5380 | Edgardo Bonet | 1,017.10 | 31,142.00 |
| Check | 03/18/2013 | 5396 | Edgardo Bonet | 1,063.90 | 32,205.90 |
| Check | 03/27/2013 | 5432 | Edgardo Bonet | 1,102.50 | 33,308.40 |
| Check | 04/16/2013 | 5421 | Edgardo Bonet | 1,100.00 | 34,408.40 |
| Check | 04/29/2013 | 5443 | Edgardo Bonet | 826.00 | 35,234.40 |
| Check | 05/07/2013 |  | Edgardo Bonet | 1,025.50 | 36,259.90 |
| Check | 06/10/2013 | 5490 | Edgardo Bonet | 749.00 | 37,008.90 |
| Check | 06/24/2013 | 5504 | Edgardo Bonet | 488.60 | 37,497.50 |
| Check | 07/08/2013 | 5508 | Edgardo Bonet | 762.30 | 38,259.80 |
| Check | 07/10/2013 | 5527 | Edgardo Bonet | 602.00 | 38,861.80 |
| Check | 08/05/2013 | 5538 | Edgardo Bonet | 964.00 | 39,825.80 |
| Check | 08/05/2013 | 5546 | Edgardo Bonet | 900.00 | 40,725.80 |
| Check | 09/03/2013 | 5554 | Edgardo Bonet | 1,108.80 | 41,834.60 |
| Check | 09/16/2013 | 5565 | Edgardo Bonet | 773.50 | 42,608.10 |
| Check | 09/30/2013 | 5582 | Edgardo Bonet | 1,088.50 | 43,696.60 |
| Check | 10/15/2013 | 5595 | Edgardo Bonet | 1,119.00 | 44,815.60 |
| Check | 10/28/2013 | 5612 | Edgardo Bonet | 997.50 | 45,813.10 |
| Check | 11/12/2013 | 5621 | Edgardo Bonet | 715.40 | 46,528.50 |
| Check | 11/25/2013 | 5631 | Edgardo Bonet | 1,201.90 | 47,730.40 |
| Check | 12/09/2013 | 5639 | Edgardo Bonet | 928.00 | 48,658.40 |
| Check | 12/23/2013 | 5655 | Edgardo Bonet | 1,402.10 | 50,060.50 |
| Check | 01/06/2014 | 5665 | Edgardo Bonet | 1,059.80 | 51,120.30 |
| Check | 01/21/2014 | 5676 | Edgardo Bonet | 700.00 | 51,820.30 |
| Check | 02/03/2014 | 5684 | Edgardo Bonet | 1,208.90 | 53,029.20 |
| Check | 02/18/2014 | 5698 | Edgardo Bonet | 1,329.20 | 54,358.40 |
| Check | 03/03/2014 | 5708 | Edgardo Bonet | 1,092.70 | 55,451.10 |
| Check | 03/17/2014 | 5723 | Edgardo Bonet | 1,062.80 | 56,513.90 |
| Check | 03/31/2014 | 5733 | Edgardo Bonet | 1,305.50 | 57,819.40 |
| Check | 04/14/2014 | 5746 | Edgardo Bonet | 1,183.00 | 59,002.40 |
| Check | 04/28/2014 | 5758 | Edgardo Bonet | 800.00 | 59,802.40 |
| Check | 05/12/2014 | 5774 | Edgardo Bonet | 1,417.50 | 61,219.90 |
| Check | 05/23/2014 | 5787 | Edgardo Bonet | 1,155.00 | 62,374.90 |
| Check | 06/09/2014 | 5801 | Edgardo Bonet | 927.32 | 63,302.22 |
| Check | 06/23/2014 | 5819 | Edgardo Bonet | 1,107.00 | 64,409.22 |
| Check | 07/07/2014 | 5832 | Edgardo Bonet | 1,031.80 | 65,441.02 |
| Check | 07/21/2014 | 5849 | Edgardo Bonet | 896.70 | 66,337.72 |
| Check | 08/04/2014 | 5863 | Edgardo Bonet | 1,015.70 | 67,353.42 |
| Check | 08/18/2014 | 5872 | Edgardo Bonet | 980.35 | 68,333.77 |
| Check | 08/25/2014 | 5881 | Edgardo Bonet | 251.50 | 68,585.27 |
| Total Edgardo Bonet |  |  |  | 68,585.27 | 68,585.27 |