UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.14-23217-CIV-WILLIAMS/SIMONTON

EDGARDO G. BONET
      Plaintiff,

vs.

NOW COURIER INC
ALEXANDER MOLA,

      Defendants
_____/

## JOINT MOTION TO AMMEND THE SHEDULING ORDER

Comes now, the Defendant, Joined by Plaintiff and moves to amend the scheduling order and to allow for additional time for discovery and pre-trial motions and as good cause states as follows;

1. A scheduling order (DE 33) was entered on March 6, 2015 in this matter calling for among other things, that mediation, and discovery be completed by July 6, 2015.

2. Unfortunately, from February 28 through April 9, 2014, Defense Counsel's office was closed down due to a devastating flood of his entire office Suite caused by the Negligence of a roofing contractor hired to install a new room on the building and whose action led to the damage of a 5" drain pipe which channeled water into the offices.

3. This loss not only led to the total and complete inability to use the office suite as it contained wooded floors that had to be dug up, but counsels computer server was damaged and led to extensive irretrievable data losses.  As a result, counsel had to engage in a triage of his cases, dealing with the most urgent matters as they came along.

4.  Since the time when counsel's offices were refurbished Counsel has made diligent attempts to respond to matters arising in his cases.  The Plaintiff has propounded and the Defense has responded to Plaintiff's request for production, admissions and interrogatories.  Additionally, the defendant has been deposed and the parties on June 8, 2015 attended mediation.

5.  On June 11, 2015 the Defendant served on Plaintiff, his first request for production, admissions, and interrogatories and the parties are attempting to schedule the deposition of the Plaintiff.

6.  Given the time deadlines imposed by this Court, it is not believed that the parties are able to comply with the discovery obligations, and file the supplements and pre-trial motions that would be required to be filed in the month of July, which motions would be informed by matters gleaned during discovery.

7.  Counsel has conferred with Counsel for the Plaintiff, Steven Fraser, who has agreed to join in this motion.

Wherefore, for good cause shown the parties pray this honorable Court to amend the scheduling order entered in this matter.

Respectfully submitted,

/s/Mark Douglas

_____
Mark Douglas, Esq.
Attorney for Defendant
Florida Bar No. 27701
2331 North State Road 7, Suite 106
Lauderdale Lakes, Florida 33313
Telephone: (954) 730-8393
Fax: (305) 356-7154
E-Mail: mark@markdouglaslaw.com

Steven Fraser Esq.

/s/ Steven Fraser

J.H. Zidell, P.A.
Attorney for Plainitff
300 71st Street, Suite 605
Miami Beach, FL. 33141
Tel. (305) 865-6766
Fax. (305) 865-7167
Fla. Bar # 625825

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by the Southern District of Florida's CM/ECF system to all counsels of record this 19th day of June 2015.

Respectfully Submitted,

/s/ Mark A. Douglas Esq.
_____