UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-23217-CIV-WILLIAMS

EDGARDO G. BONET,

    Plaintiff,

vs.

NOW COURIER INC., and
ALEXANDER MOLA,

    Defendants.
_____/

## ORDER GRANTING MOTION TO CONTINUE

**THIS MATTER** is before the Court on the Parties' joint motion to amend the scheduling order (DE 42). Upon review of the record and the Parties' Motion, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. This case is **REMOVED** from the Court's two-week trial calendar beginning on September 21, 2015, and trial is **RE-SET** for **February 8, 2016**. Calendar call will be held at 11:00 a.m. on **February 2, 2016**. No pre-trial conference will be held unless a Party requests one no later than 30 days prior to the calendar call or the Court determines that one is necessary.

    The Parties are to adhere to the following revised schedule:

| | |
|---|---|
| September 6, 2015 | The Parties shall complete all discovery, including expert discovery. |
| September 18, 2015 | Defendant shall file the following supplements to the motion for summary judgment: (1) a statement of |

| | |
|---|---|
| | undisputed facts, not to exceed 10 pages in length, which complies with Local Rule 56.1; (2) an affidavit or other means of authenticating the exhibits attached to the motion for summary judgment (DE 25); (3) supplemental argument, not to exceed 10 pages, in support of Defendant's motion for summary judgment. |
| September 30, 2015 | Plaintiff's deadline to file dispositive motions |
| October 9, 2015 | Plaintiff shall file a response in opposition to Defendant's motion for summary judgment |
| October 16, 2015 | Defendant shall file a reply to Plaintiff's response to Defendant's motion for summary judgment |
| December 18, 2015 | Parties shall file any motions to exclude expert testimony based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). |
| January 8, 2016 | The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1(e) and final proposed jury instructions. Joint proposed jury instructions or conclusions of law (for non-jury trials) shall outline: 1) the legal elements of Plaintiff's claims, including |

|   |   |
|---|---|
|   | damages; and 2) the legal elements of the defenses that are raised. |
| January 8, 2016 | The Parties shall file witness and exhibit lists and all motions *in limine*.  The witness list shall include only those witnesses the Parties actually intend to call at trial and shall include a brief synopsis of their testimony.  The exhibit lists shall identify each witness that will introduce each exhibit. |

**DONE AND ORDERED** in chambers in Miami, Florida, this 23rd day of June, 2014.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE