UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.14-23217-CIV-WILLIAMS/SIMONTON

EDGARDO G. BONET
       Plaintiff,

vs.

NOW COURIER INC
ALEXANDER MOLA,

       Defendants
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing has been set on the discovery calendar of the Hon. Andrea Simonton, one of the Magistrate Judges of this District, on the 8th Floor, United States Courthouse, 301 N. Miami Avenue, Miami, Florida on Wednesday September 2, 2015 at 11:30 AM.

Matters to be heard includes; The Plaintiff's refusal to turn over the statements of banking accounts that were being used during the period relevant to the litigation as requested in defendant's first request for production by claiming that the account is closed and defendant should subpoena these accounts from Wells Fargo. Despite a request, no account number has ever being produced.

Plaintiff was noticed to attend deposition on September 18, 2015. At the deposition, a language skilled interpreter was provided for the Plaintiff. Approximately 2.5 hours into the depositions, Counsel for the defendant objected to certain translations and decided to terminate the depositions on the basis that the interpreter needs to be "Federally Certified".

Additionally, during the deposition, Plaintiff produced notebooks purporting to contain all of his logs, mileage and other information he kept related to his work with now courier and at times referred to these notes in answering our questions. Defendant first request for production No. 11

requested 11."Any time cards, logs, mileage sheets, or other reports showing time spent working on each day during 2012, 2013, 2014, 2015."

Plaintiff deposed that he turned over is notes containing logs of mileage, dates and times from "the first day he started working" to his attorneys. None of these were turned over to the defense.

Counsel for the defendant has sought to resolve these issues with Counsel for the Plaintiff prior to setting this matter for hearing.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished by the Southern District of Florida's CM/ECF system to all counsels of record this 28th day of August 2015.

Respectfully Submitted,

By:     /s/ Mark A. Douglas, esq
MARK A.DOUGLAS, P.A.
2331 N. State Road 7
Suite 106
Ft. Lauderdale, FL 33313
P (954) 730-8393
Florida Bar No: 27701
Attorney for Plaintiff.