UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.14-23217-CIV-WILLIAMS/SIMONTON

EDGARDO G. BONET
    Plaintiff,

vs.

NOW COURIER INC
ALEXANDER MOLA,

    Defendants
_____/

## AGREED MOTION TO AMMEND THE SHEDULING ORDER

Comes now, the Defendant, Joined by Plaintiff and moves to amend the scheduling order and to allow for additional time for discovery and pre-trial motions and as good cause states as follows;

1. An order granting first motion to continue and amending the scheduling order was entered on 06/23/2015.

2. Since this time, the Defense and Plaintiff has engaged in further discovery proceedings including the Plaintiff substantial response to defendant first request for production, interrogatories and admissions.

3. The parties had discovery disputes which were largely resolved except for Plaintiff's failure to provide some items in the request for production. The deposition of the Plaintiff was set, and conducted on August 18, 2015 and 3.5 hours into the deposition, Plaintiff Counsel took issue with the interpretation being provided by the Spanish interpreter and terminated the deposition. The matter of the qualification of the interpreter and the outstanding items of production were both noticed for hearing on the Magistrate Judge's discovery Calendar on August 27, 2015 (DE) for hearing on September 2, 2015.

4. The Court addressed the issues and found that based on information provided, the interpreter was not properly qualified and therefore the deposition of August 18, 2015 is to be struck and a new deposition of Plaintiff be conducted. The Court

      also ordered that Plaintiff shall turn over bank statements for the period 2012 to 2014 to the defense by September 16, 2015.  To date Plaintiff has not complied.

5. Plaintiff Counsel and Defense Counsel has been making diligent attempts to set a new deposition date but the Plaintiff has indicated he is unable to get days off from work in September.  The depositions have now been tentatively set for October 13, 2015.

6. Due to the fact that there is a pending motion for summary judgment, and the need to supplement by filing a statement of undisputed facts, it is important to inform these pleadings with the outcomes of this deposition.

7. Counsel for the Plaintiff Julia Garrett was consulted about this motion indicated it can be filed as an agreed motion.

      Wherefore, for good cause shown the parties pray this honorable Court to amend the scheduling order entered in this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by the Southern District of Florida's CM/ECF system to all counsels of record this 18th day of September 2015.

      Respectfully submitted,

      /s/Mark Douglas
      _____
      Mark Douglas, Esq.
      Attorney for Defendant
      Florida Bar No. 27701
      2331 North State Road 7, Suite 106
      Lauderdale Lakes, Florida 33313
      Telephone: (954) 730-8393
      Fax: (305) 356-7154
      E-Mail: mark@markdouglaslaw.com