UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-23217-CIV-WILLIAMS/SIMONTON

EDGARDO G BONET,

          Plaintiff,

vs.

NOW COURIER INC.
ALEXANDER MOLA,

          Defendants.

## AMENDED SCHEDULING ORDER

**THIS MATTER** is set for trial during the Court's two-week trial calendar beginning for the week of **February 8, 2016**. Calendar call will be held at 11:00 am on **February 2, 2016**. With the exception of the Plaintiff's deposition, no further discovery is permitted. The Parties are to adhere to the following revised schedule:

| | |
|---|---|
| September 28, 2015 | Plaintiff must produce all bank statements to Defendant as per previous Court Orders. |
| October 4, 2015 | Deadline to depose Plaintiff. |
| October 30, 2015 | Defendant shall file the following supplements to the Motion for summary judgment: (1) a statement of undisputed facts, not to exceed 10 pages in length, which complies with Local Rule 56.1., (2) an affidavit or other means of authenticating the exhibits attached to the motion for summary judgment (DE 25)., (3) supplemental argument, not to exceed 10 pages, in support of Defendant's motion for summary judgment. |
| October 30, 2015 | Plaintiff shall file any summary judgment motion. |
| November 16, 2015 | The Parties shall file opposition to any summary judgment motions. |
| November 23, 2015 | The Parties shall file replies to any summary judgment motions. |

All other deadlines remained unchanged.  No further extensions shall be granted.

**DONE AND ORDERED** in chambers in Miami, Florida this _25th_ day of September 2015.

                                                   KATHLEEN M. WILLIAMS
                                                   UNITED STATES DISTRICT JUDGE.