Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.14-23217-CIV-WILLIAMS/SIMONTON

EDGARDO G. BONET
      Plaintiff,

vs.

NOW COURIER INC
ALEXANDER MOLA,

      Defendants
_____/

## Affidavit Regarding Business Records Exhibits

Before the undersigned, appeared Alex Mola who after being duly sworn deposes and states the following:

1. I am the individual defendant and corporate representative for Now Courier Inc.

2. In the years 2011, 2012, 2013 and 2014, we had prepared on the companies behalf, tax returns reflecting the Income and Expenditures of the Business. Our tax returns, which were not completed in anticipation of litigation reflects a true and accurate position of the business and was kept as part of our regular business records.

3. Tax return filed for 2011 shows reflects gross receipts of $270,738.00, Tax returns for 2012 shows gross receipts of $316,174.00, 2013 tax returns shows gross receipts $348,728.00, and 2014 Tax returns shows gross receipts of $397,790.00.

4. As part of our financial record keeping we have among our business records, documentation of all payments made to our vendors and contractors. As to Edgardo Bonet, the document titled Transaction Detail by Account, dated July 31, 2015 and which covers the period April 3, 2012 to August 25, 2014 reflects all payments made to Mr. Bonet for all work done on our behalf. As a composite, the Form 1099 Misc. is attached, reflecting the amount for each year paid and which also formed part of our business

records. These form 1099 Misc. shows payment to Mr. Bonet in the sum of $26,101.65 in 2012, $21,793.40 for the year 2013, and $19,556.57 for the year 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-30-2015

*[signature]*

Alexander Mola

Florida

County of Broward

The foregoing instrument was sworn to and subscribed before me this 30th day of October 2015 by Alexander Mola who is personally known to me.

[Notary Seal]

*[notary stamp: MARK A. DOUGLAS / MY COMMISSION # FF 188025 / EXPIRES: February 9, 2019 / Bonded Thru Budget Notary Services]*

*[signature]*

Notary Public

-Mark A. Douglas

My Commission Expires: