UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-23217-CIV-WILLIAMS

EDGARDO G. BONET,

    Plaintiff,

vs.

NOW COURIER, INC., and
ALEXANDER MOLA,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Defendants' telephonic request to reschedule the January 8, 2016 hearing on the Parties' motions for summary judgment. Defense counsel informed the Court via telephone that he has been hospitalized for some time and was unable to electronically file a motion to continue. Accordingly, the Court contacted Plaintiff's counsel who confirmed that they had no objection to the motion to continue. Accordingly, it is hereby **ORDERED AND ADJUDGED** that the hearing scheduled for **January 8, 2016**, is hereby **RESET for January 21, 2016 at 10:00 a.m.** before the Honorable Kathleen M. Williams, 400 North Miami Avenue, Courtroom 11-3, Miami, Florida.

**DONE AND ORDERED** in chambers in Miami, Florida, this 30 day of December, 2015.

                                            KATHLEEN M. WILLIAMS
                                            UNITED STATES DISTRICT JUDGE