UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-23217-CIV-WILLIAMS/SIMONTON

EDGARDO G BONET and all others )
similarly situated under 29 U.S.C. 216(b), )
)
          Plaintiff, )
  vs. )
)
NOW COURIER INC. )
ALEXANDER MOLA, )
)
          Defendants. )
_____ )

**PLAINTIFFS' NOTICE OF INTENT TO RELY ON RELEVANT AUTHORITY**

COME NOW the Plaintiffs, by and through undersigned counsel, and hereby advises the Court and Defendants of Plaintiffs intent to rely upon Gregory, et al v. Quality Removal, Inc., 2014 WL 5494448 FLSD 2014 at the competing Motions for Summary Judgment set for January 21, 2016, before the Honorable District Judge Williams.

                                                Respectfully submitted,

                                                Stephen M. Fox, Jr.
                                                J. H. Zidell, P.A.
                                                Attorneys for Plaintiff
                                                300-71st Street, Suite 605
                                                Miami Beach, Florida 33141
                                                Tel: (305) 865-6766
                                                Fax: (305) 865-7167

                                                By: /s/ *Stephen M. Fox Jr*
                                                Stephen Michael Fox Jr
                                                Florida Bar No.: 0110359

## CERTIFICATE OF SERVICE

I hereby certify that as of January 20, 2016 that this matter has been filed with the CM/ECF system for the United States District Court for the Southern District of Florida, and served by CM/ECF on all counsel or parties of record in the Service List below.

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ *Stephen M. Fox Jr*
Stephen Michael Fox Jr
Florida Bar No.: 0110359

## SERVICE LIST

Mark A. Douglas, Esq.
Mark A. Douglas, P.A.
2331 North State Road 7
Suite 106
Fort Lauderdale, FL 33133
954-730-8393
Fax: 305-356-3615
mark@markdouglaslaw.com
*Attorney for Defendants*