UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.14-23217-CIV-WILLIAMS/SIMONTON

EDGARDO G. BONET
    Plaintiff,

vs.

NOW COURIER INC
ALEXANDER MOLA,

    Defendants
_____/

## DEFENDANTS WITNESS AND EXHIBIT LIST

Comes Now, Defendants, Now Courier Inc. and Alex Mola, by and through undersigned Counsel and files his witness and Exhibit list, outlining the witnesses and exhibits he will call and proffer in the above mentioned cause.

### WINTESS LIST

(1) Alex Mola, c/o Mark A. Douglas, P.A., who is the defendant Now Courier Corporate officer and is defendant in his individual capacity who will testify that he engaged Edgardo Bonet as an independent contractor courier in April 2012. That at all times throughout, up to 2014, the plaintiff and defendant conducted themselves in a manner consistent with the understanding that Plaintiff was and independent contractor and that the business Now Courier was not involved in interstate commerce as part of its activities. Defense Counsel anticipates that one hour should be sufficient to direct this witness and no more than 15 minutes for any redirect.

The Law Offices of Mark A. Douglas, P.A.
2331 North State Road 7, Suite 106
Lauderdale Lakes, FL. 33313

(2) Luisa Brito, principal of Brito Business Associates Inc., 7225 SW 39th Street, Miami, FL. 33155. This witness is the tax preparer for the Plaintiff who was disclosed as such in the Plaintiff's first response to Defendant's first request for interrogatories and who is indicated as the plaintiff's tax returns as were produced to the defendant in response to defendant's first request for production. Brito is expected to testify that she prepared Plaintiff's business tax returns as a sole proprietor, generating a schedule "C", business profit and loss and which formed the basis for the Plaintiff's personal tax returns which were also prepared by Brito. She is expected to testify that she prepared these returns on behalf of the plaintiff based on information provided by the plaintiff that he was a sole proprietor, in business for himself and who is entitled as a result to take the tax deductions for business expenses. Defense Counsel anticipates no more than 45 minutes.

(3) Plaintiff Edgardo Bonet, C/O J.H. Zidell, P.A., who we expect to testify but whose testimony we cannot preview at this time however, defense anticipates it may take at least two hours to cross examine this witness due to the extensive amount of documents to be examined and the requirement for an interpreter to be involved.

(4) Any other witnesses noticed by the Plaintiff.

## EXHIBIT LIST

The Defense anticipates offering the following exhibits at trial in the above mentioned cause.

The Law Offices of Mark A. Douglas, P.A.
2331 North State Road 7, Suite 106
Lauderdale Lakes, FL. 33313

1.	Original Advertisement posting on website craigslist in 2012, announcing the need for a driver who has own van for on demand route in tri-county area and outlining compensation. To be introduced through Defendant Alex Mola.

2.	Independent Contractor Agreement signed between plaintiff and defendants in April 2012. To be introduced through defendant Alex Mola.

3.	Payment schedules, showing payments made to the plaintiff by the defendant through the period of time relevant to this lawsuit to be introduced through defendant Alex Mola.

4.	Plaintiff training certificate issued on September 17, 2009 by the department of Homeland Security showing plaintiff training in cargo security to be introduced through plaintiff.

5.	Plaintiff training certificate issued on August 2010 showing plaintiff training in cargo security to be introduced by plaintiff

6.	Letter from Department of Homeland Security, dated October 6, 2009 showing eligibility to gain unescorted access to cargo who may act as principal or agent of another air carrier for such purposes

7.	Plaintiffs 2012, 2013 and 2014 business and personal tax returns to be introduced through either witness Luisa M. Brito or Plaintiff himself.

8.	Plaintiff Wells Fargo Bank Accounts for the period December 2012 to August 2014 to be introduced through Plaintiff.

9.	Excerpts of the Plaintiff Edgardo Bonet's deposition testimony taken on September 30, 2015 for impeachment purposes, for use pursuant to FRE §803(5) or FRE §804(a)(3).

The Law Offices of Mark A. Douglas, P.A.
2331 North State Road 7, Suite 106
Lauderdale Lakes, FL. 33313

10.  Plaintiff's first response to defendant's first request for admissions to be introduced through plaintiff.

11.  Plaintiff's first response to Defendant's first request for interrogatories and plaintiffs supplemental response to defendants first interrogatories.

12.  Any other exhibit propounded by the other party.

Respectfully Submitted,

/s/ Mark A. Douglas
_____
Mark A. Douglas, P.A.
2331 North State Rd 7
Suite 1200
Lauderdale Lakes, FL 33313
T. (954) 730-8393
F. (305) 356-3615
Bar. No.: 27701
mark@markdouglaslaw.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by the Southern District of Florida's CM/ECF system to all counsels of record this 15th day of June 2015.

Respectfully Submitted,

/s/ Mark A. Douglas Esq.
_____

The Law Offices of Mark A. Douglas, P.A.
2331 North State Road 7, Suite 106
Lauderdale Lakes, FL. 33313