AO 187 (Rev. 7/87) Exhibit and List

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

| | |
|---|---|
| EDGARDO G. BONET.<br><br>Plaintiffs,<br>vs.<br><br>NOW CURIER, INC., and ALEXANDER MOLA,<br><br>Defendants. | **PLAINTIFF'S EXHIBIT LIST**<br><br>CASE NO.: 14-23217-CIV-WILLIAMS |

| PRESIDING JUDGE<br>HONORABLE DISTRICT JUDGE WILLIAMS | PLAINTIFF'S ATTORNEY<br>J.H. Zidell, Esq.<br>J.H. Zidell P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | DEFENDANT'S ATTORNEY<br>Mark A. Douglas<br>Mark A. Douglas, P.A.<br>2331 North State Road 7<br>Suite 106<br>Ft. Lauderdale, Florida 33133<br>mark@markdouglaslaw.com |
|---|---|---|
| TRIAL DATE(S)<br>Two Week Period Beginning 7/25/2016 | | |

| PLF. NO | DEF. NO | DEF OBJECTIONS | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 1 | | | | | | Travel Logs Produced by Defendant to be entered through Plaintiff/Defendant |
| 2 | | | | | | Payment Schedules Produced by Defendant to be entered through Defendant |
| 3 | | y | | | | Travel Notebook Kept by Plaintiff to be entered through Plaintiff |
| 4 | | | | | | Request for Admission Answers to be entered through Defendant |
| 5 | | | | | | Interrogatory Answers to be entered through Defendant |
| 6 | | y | | | | 2011-2013 Now Courier Tax Returns to be entered through Defendant |
| 7 | | y | | | | 2013-2014 Now Courier Profit and Loss Statements To be entered through Defendant |
| 8 | | | | | | All impeachment exhibits |
| 9 | | | | | | All Exhibits Listed on Defendant's List Without Waving Objection to Same |