UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.14-23217-CIV-WILLIAMS/SIMONTON

EDGARDO G. BONET
    Plaintiff,

vs.

NOW COURIER INC
ALEXANDER MOLA,

    Defendants
_____/

### DEFENDANTS OBJECTIONS TO PLAINTIFFS XHIBIT LIST

Comes Now, Defendants, Now Courier Inc. and Alex Mola, by and through undersigned Counsel and files his proper designation of the basis for his objections which were previously indicated to opposing counsel.

1. None
2. None
3. Not previously disclosed in discovery pursuant to request for production, H, A.
4. None
5. None
6. R.
7. R
8. None
9. None

    Respectfully Submitted,

    /s/ Mark A. Douglas
    _____
    Mark A. Douglas, P.A.
    2331 North State Rd 7
    Suite 1200
    Lauderdale Lakes, FL 33313
    T. (954) 730-8393
    F. (305) 356-3615

The Law Offices of Mark A. Douglas, P.A.
2331 North State Road 7, Suite 106
Lauderdale Lakes, FL. 33313

Bar. No.: 27701
mark@markdouglaslaw.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by the Southern District of Florida's CM/ECF system to all counsels of record this 16th day of June 2015.

Respectfully Submitted,

/s/ Mark A. Douglas Esq.
_____

The Law Offices of Mark A. Douglas, P.A.
2331 North State Road 7, Suite 106
Lauderdale Lakes, FL. 33313