UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-23217-CIV-WILLIAMS/SIMONTON

EDGARDO G BONET and all others similarly )
situated under 29 U.S.C. 216(b), )
)
              Plaintiff, )
vs. )
)
NOW COURIER INC. )
ALEXANDER MOLA, )
)
             Defendants. )
_____)

## NOTICE OF COMPLIANCE WITH COURT ORDER D.E. 75

Plaintiff, by and through Undersigned Counsel, hereby notices compliance with D.E. 75 as Jury Instructions have been sent to Williams@flsd.uscourts.gov this 16th Day of June, 2016. Instructions were taken directly from opposing Counsel's Email, titled and sent to The Court's Email Address. Witness and Exhibit Lists, for the Plaintiff, were filed on June 15, 2016. Objections to Defendant's Exhibit List were filed on June 15, 2015, along with estimations of the amount of time each witness will take on cross and direct. A joint pre-trial stipulation was filed on this 16th Day of June, 2016. Plaintiff filed a notice that he intended to rely on live witnesses at trial, and not depositions on June 14th 2016. Defense Counsel agreed in writing with Undersigned Counsel to exclude from trial any mention of liquidated damages, attorneys' fees and costs, obviating Plaintiff's current need for a motion in limine. Plaintiff will timely respond to the Defendant's Motion in Limine. Plaintiff's Counsel shall appear as ordered for the calendar call and trial.

                                                    Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on June 16, 2016.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Joshua Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028