UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-23217-CIV-WILLIAMS

EDGARDO G. BONET,

    Plaintiff,

vs.

NOW COURIER, INC., and
ALEXANDER MOLA,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on a *sua sponte* review of the record. Pursuant to the revised schedule included in the Court's June 1, 2016 Order (DE 75), the Parties were instructed to file witness and exhibit lists in preparation for trial by June 15, 2016. On June 15, the Parties filed a number of documents relating to their witness and exhibit lists (DE 78, 79, 80, 81). These submissions did not comply with Local Rule 16.1(d) and (e).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Parties shall have until **June 27, 2016** to refile proper witness and exhibit lists that comply with all applicable Local Rules and the Federal Rules of Civil Procedure. Additionally, counsel are reminded that evidence that has not been produced in the course of discovery will not be admissible at trial and should not be included on any proposed exhibit list.

**DONE AND ORDERED** in chambers in Miami, Florida, this 16th day of June 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE