| United States District Court ||
|---|---|
| SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION ||
| EDGARDO G. BONET.<br><br>    Plaintiffs,<br>vs.<br><br>NOW CURIER, INC., and ALEXANDER MOLA,<br><br>Defendants. | **PLAINTIFF'S WITNESS LIST**<br><br>CASE NO.: 14-23217-CIV-WILLIAMS |

| PRESIDING JUDGE<br>HONORABLE DISTRICT JUDGE WILLIAMS | PLAINTIFF'S ATTORNEY<br>J.H. Zidell, Esq.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | DEFENDANT'S ATTORNEY<br>Mark A. Douglas<br>Mark A. Douglas, P.A.<br>2331 North State Road 7<br>Suite 106<br>Ft. Lauderdale, Florida 33133<br>mark@markdouglaslaw.com |
|---|---|---|
| TRIAL DATE(S)<br>Two Week Period Beginning 7/25/2016 | | |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | Defense Objections | |
|---|---|---|---|---|---|
| 1 | | | | none | Plaintiff, Edgardo G. Bonet c/o J. H. Zidell, P.A. Estimated Time on Direct is 1 Hour. Re-Direct should be about 1.5 hours. Estimated Time on Cross if Recalled by Defendants Depends on Direct. Possibly Introduced if not through Defendant is Pl. Ex. 1 |
| 2 | | | | none | Defendant, Alexander Mola c/o Mark A Douglas, P.A. Estimated Time On Direct is 1.5 Hours. Re-Direct should be approximately 45 minutes. Estimated Time on Cross if Re-Called by Defendants Will Depend on Direct. To be Introduced are Pl. Ex. 1-6 |
| 4 | | | | | Impeachment witnesses. |
| 5 | | | | | Rebuttal witnesses. |
| 6 | | | | none | Any witnesses listed on Defendants' witness list that are not objected to by Plaintiff or who are allowed to testify over Plaintiff's objections. |