AO 187 (Rev. 7/87) Exhibit and List

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

EDGARDO G. BONET.

       Plaintiffs,

vs.

NOW CURIER, INC., and ALEXANDER MOLA,

Defendants.

**PLAINTIFF'S EXHIBIT LIST**

CASE NO.: 14-23217-CIV-WILLIAMS

PRESIDING JUDGE
HONORABLE DISTRICT JUDGE WILLIAMS

PIAINTIFF'S ATTORNEY
J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71st Street
Suite 605
Miami Beach, Florida 33141

DEFENDANT'S ATTORNEY
Mark A. Douglas
Mark A. Douglas, P.A.
2331 North State Road 7
Suite 106
Ft. Lauderdale, Florida 33133
mark@markdouglaslaw.com

TRIAL DATE(S)
Two Week Period Beginning 7/25/2016

| PLF. NO | DEF. NO | DEF OBJECTIONS | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 1 | | A, H, | | | | Original advertisement posting on craigslist website in 2012, announcing the need for a driver who has own van for on demand route in tri-country area and outlining compensation. To be introduced through defendant Alex Mola |
| 2 | | | | | | Independent Contractor Agreement signed between plaintiff and defendant In April 2012.  Introduced through defendant Alex Mola. |
| 3 | | | | | | Payment schedules of all payments made to Plaintiff during the period He was engaged with Now Courier to be Introduced through defendant Alex Mola if not already placed into evidence. |
| 4 | | R, H | | | | Plaintiff's training certificate issued on September 17, 2009 by the Department of Homeland Security showing plaintiff's training in cargo Security. Introduced through plaintiff. |
| 5 | | R, H | | | | Plaintiff's training certificate issued on August 2010 showing plaintiff Training in cargo security. Introduced by plaintiff. |
| 6 | | R, H | | | | Letter from Department of Homeland Security, dated October 6, 2009 Showing eligibility to gain unescorted access to cargo who may act as Principal or agent of another air carrier for such purposes. |

| | | | | | |
|---|---|---|---|---|---|
| 7 | P as to Luisa M. Brito, R, H | | | | Plaintiffs 2012-2014 business and personal tax returns. Introduced through Witness Luisa M. Brito, Plaintiff's tax preparer or Plaintiff. |
| 8 | | | | | Plaintiff's Wells Fargo Bank accounts for the period December 2012 to August 2014. Introduced through Plaintiff. |
| 9 | Improper Impeachment, H, R, | | | | Composite Excerpts of the plaintiff Edgardo Bonet's deposition testimony taken on September 30, 2015 for impeachment purposes, for use pursuant to F.R.E §803(5) or FRE §804(a)(3) |
| 10 | I, H, UP, R | | | | Plaintiff's first response to defendant's first request for admissions. Introduced through plaintiff. |
| 11 | I, H, UP, R | | | | Plaintiff's first response to defendant's first request for interrogatories And plaintiff's supplemental response to defendant's first interrogatories. |
| 12 | | | | | Any other exhibits propounded by the other party without waiving objections |