| United States District Court |||
|---|---|---|
| SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION |||
| EDGARDO G. BONET.<br><br>            Plaintiffs,<br>vs.<br><br>NOW CURIER, INC., and ALEXANDER MOLA,<br><br>Defendants. || **PLAINTIFF'S WITNESS LIST**<br><br>CASE NO.: 14-23217-CIV-WILLIAMS |
| PRESIDING JUDGE<br>HONORABLE<br>DISTRICT JUDGE<br>WILLIAMS | PLAINTIFF'S ATTORNEY<br>J.H. Zidell, Esq.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | DEFENDANT'S ATTORNEY<br>Mark A. Douglas<br>Mark A. Douglas, P.A.<br>2331 North State Road 7<br>Suite 106<br>Ft. Lauderdale, Florida 33133<br>mark@markdouglaslaw.com |
| TRIAL DATE(S)<br>Two Week Period Beginning 7/25/2016 | | |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | Defense Objections | |
|---|---|---|---|---|---|
| | 1 | | | | Alex Mola, c/o Mark A. Douglas, P.A., who is the defendant Now Courier Corporate officer and is defendant in his individual capacity who will testify that he engaged Edgardo Bonet as an independent contractor courier in April 2012. Defense counsel anticipates that one hour should be sufficient to direct this witness and no more than 20 minutes for any redirect. |
| | 2 | | P | | Luisa Brito, principal of Brito Business Associates Inc., this witness is the tax preparer for the plaintiff. Brito is expected to testify that she prepared plaintiff's business tax returns as a sole proprietor, generating a schedule "C", business profit and loss on behalf of the plaintiff based on information provided by the plaintiff that he was a sole proprietor. Defense counsel anticipates no more than 45 minutes. |
| | 3 | | | | Plaintiff Edgardo Bonet, c/o J.H. Zidell, P.A., who we expect to testify. Defense anticipates it may take at least two hours to cross examine this witness due to the extensive amount of documents to be examined and the requirement for an interpreter to be involved. |
| | 4 | | | | Any other witnesses noticed by the Plaintiff. |