UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-23217-CIV-WILLIAMS

EDGARDO G. BONET,

    Plaintiff,

vs.

NOW COURIER, INC., and
ALEXANDER MOLA,

    Defendants.
_____/

## ORDER DISMISSING AND CLOSING CASE

**THIS MATTER** is before the Court on a *sua sponte* review of the record. On August 3, 2016, after two days of trial, the Court granted Defendants' *ore tenus* motions for (i) a directed verdict under Federal Rule of Civil Procedure 50 and (ii) dismissal under Federal Rule of Civil Procedure 41 based on Plaintiff's misconduct throughout this litigation. Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's action against Defendants is **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ___ day of August, 2016.

                                        KATHLEEN M. WILLIAMS
                                      UNITED STATES DISTRICT JUDGE